FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

09 MAR -4  PM 3: 50

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Ivan Rogers
9464 Bridgewater Circle
Indianapolis, Indiana  46250
Telephone:  317-466-2207

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. **1 : 09 -cv- 0 2 7 7 WTL -TAB**

(To be supplied by the Court)

Ivan Rogers,

   **Plaintiff,**

   v.

Sun Lakes at Bayside Homeowners Association, Inc.,
Nancy Forbush, Kirkpatrick Management Company, Inc.,
Bob Lutz, and John Fleck,

   **Defendants.**

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1.     I, Ivan Rogers, am a citizen of the State of Indiana and presently reside at 9464 Bridgewater Circle, Indianapolis, Indiana 46250.

2.     Defendant, Sun Lakes at Bayside Homeowners Association, Inc. ("HOA"), is a duly formed  corporation in the State of Indiana whose address is P.O. Box 20630, Indianapolis, Indiana 46220.

3.     Defendant, Nancy Forbush ("Forbush"), is a citizen of the State of Indiana and presently resides at 6458 Miramar Court, Indianapolis, Indiana 46250.

4.      Defendant, Kirkpatrick Management Company, Inc. ("Kirkpatrick"), is a duly formed corporation in the State of Indiana whose address is 5702 Kirkpatrick Way, Indianapolis, Indiana 46220.

5.      Defendant, Bob Lutz ("Lutz"), is a citizen of the State of Indiana and is employed by Kirkpatrick , 5702 Kirkpatrick Way, Indianapolis, Indiana 46220.

6.      Defendant, John Fleck ("Fleck"), is a citizen of the State of Indiana and presently resides at 9492 Bridgewater Circle, Indianapolis, Indiana 46250.

## B. JURISDICTION

1.      This cause of action is brought pursuant to 42 U.S.C.  § 1981.

2.      Jurisdiction also invoked pursuant to 28 U.S.C. § 1331.

3.      Jurisdiction also invoked pursuant 42 U.S.C. § 14505.

## C. NATURE OF THE CASE

I (the Plaintiff) am an African-American male who is married to a Caucasian female. We are an interracial married couple who reside at the address listed in this Complaint.  Our residence is a part of a condominium community named Sun Lakes at Bayside.  The HOA  of said community sets forth, in writing,  certain Rules and Regulations to which every member of the community must abide.  Forbush is the president of said HOA.  A management company, Kirkpatrick, enforces said Rules and Regulations.   Lutz is a property manager employed by Kirkpatrick. For their services, I as a member of the community am contractually obligated to pay a monthly fee to the HOA.

I violated a parking rule and was told, in writing, that if I did not immediately comply and correct the matter, I would be fined.  I complied.  Subsequent to that, a Caucasian couple with

2

two (2) small children and a dog, who reside at 9480 Bridgewater Circle, Indianapolis, Indiana 46250, committed the same violation. I complained to Lutz, which is the protocol for handling these matters. Lutz said he would look into it. I would assume Lutz made them comply as the violation was corrected...for a few days. I complained again. I then received a visit, at our residence, by Fleck who is a board member of the HOA. He admonished me personally for making the complaint and told me the next time, go straight to him when it comes to those residents. His actions and comments were a clear and blatant violation of protocol when it comes to reporting violations. The Caucasian couple has continued to violate the same Rules and Regulations without being reprimanded. I asked Lutz and Forbush, in writing via electronic mail, and via the telephone numerous times why the same Caucasian residents are still being allowed to violate the same Rules and Regulations with which I was made to comply. This started in June, 2007 and continues today.

In or around November, 2008, I requested assistance from the American Civil Liberties Union of Indiana, under Case # 0812-68. Attorney Kenneth J. Falk of the American Civil Liberties Union replied to me in a letter dated December 22, 2008, stating:

> We are in receipt of your recent request for legal assistance. Unfortunately, due to our workloads and limited staff we are unable to assist you. I would suggest that you contact private counsel to assist you in this matter.

On advice of legal counsel, I sent a Letter of Demand via electronic mail to Lutz dated December 8, 2008. In that letter, my demand was that the following questions be answered:

> **1.)** <u>Why</u> have these residents been allowed to continue violating the parking rules, and who knows what else, i.e. the display of a flag for months?

**2.)**   <u>Where</u> are the individuals that supposedly monitor these activities?

**3.)**   Lastly, does board member Mr. John Fleck go into everyone's residence, as he did to Ivan on June 7, 2007, and admonish them for reporting a parking violation?

**4.)**   Are we, as Mr. John Fleck told Ivan on June 7, 2007, in our residence, supposed to go to him with these problems?

Something is clearly wrong here. The two most obvious are:

**1.)**   **Kirkpatrick Management is being negligent** in its duties as a "so-called" property management company.

**2.)**   **Kirkpatrick Management** is treating us differently a.k.a. committing acts of discrimination.

**We will give Kirkpatrick Management five (5) business days from today to correct the problem.** Visible proof of said correction is absolutely necessary as is answering our questions.

**Neither Lutz nor Kirkpatrick responded to this demand.**

I also sent a Letter of Demand via electronic mail to Forbush dated January 12, 2009

stating:

<u>Again,</u> we demand (as we have been for years) answers to the following questions:

**1.)**   <u>Why</u> have these residents been allowed to continue violating the parking rules, and who knows what else, i.e., the display of a red flag for months?

    **a.**   Have these residents been told, <u>in written</u>, to discontinue the violation as Bob Lutz alleges?

    **b.**   Have they ever been fined for continuing to violate the parking law?

**2.)**   <u>Where</u> are the individuals that supposedly monitor these activities?

**3.)**   Lastly, does board member **Mr. John Fleck** go into everyone's residence, as he did to us at approximately **12 noon** on **June 7, 2007**, and admonish them for reporting a parking violation?

**4.)**   Are we, as Mr. John Fleck told Ivan on June 7, 2007, in our residence, supposed to go to him with these problems?

**5.)**   Why are we being treated differently?

**6.)**   What specifically are we paying for with our monthly fees?

**7.)**   We were told Board Members are paid for their services rendered. Is that still true?

     **a.**   How much?

     **b.**   How often?

**Something is clearly wrong here. The two most obvious issues are:**

**1.)**   **Kirkpatrick Management is being negligent** in its duties as a "so-called" property management company.

**2.)**   **Kirkpatrick Management** and the **Sun Lakes at Bayside HOA** are treating us differently a.k.a. committing acts of discrimination.

You have seven (7) business days to reply with a resolution to this matter. If you do not reply with a resolution, we will pursue filing a Complaint for Damages (against The Sun Lakes at Bayside HOA and Kirkpatrick Management Company) in a civil court of law.

**While Forbush replied via electronic mail, neither Forbush nor the HOA addressed the demands outlined in the letter.**

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:

**Claim I**: **Discrimination**

**Supporting Facts**: I have demanded, since June, 2007 until the present, answers from the

Defendants to the following questions and have not received answers to said questions.  Because

no answers have been given as to why I am being treated differently from the residents identified

in "C. Nature of Case," I firmly believe the Defendants are discriminating against me because of

my ethnicity, my interracial marriage, and the fact that the residents at 9480 Bridgewater Circle,

Indianapolis, Indiana 46250 are a Caucasian married couple with two (2) children and a dog.

1.      Why have the residents who reside at 9480 Bridgewater Circle, Indianapolis,

Indiana 46250 been allowed to continue violating the parking rules for years?  **The Defendants**

**have not given me a direct answer to this question.**

A.      Have said residents been told, in writing, to discontinue the violation as

Lutz alleges and as outlined in the Rules and Regulations?  If so, I want to see the written

correspondence.

B.      Have said residents ever been fined for continuing to violate the parking

rule as outlined in the Rules and Regulations?  **The Defendants have not given me a**

**direct answer to this question.**

2.      Does board member Fleck go into everyone's residence, as he did to me at

approximately 12 noon on June 7, 2007,  and admonish them for reporting a parking violation?

**The Defendants have not given me a direct answer to this question.**

3.      As Fleck  told me on June 7, 2007, in our  residence, am I supposed to go to him

with these problems, as he indicated I should, when it comes to the residents of 9480

Bridgewater Circle and their parking violations?  This is contrary to the protocol outlined in the

Rules and Regulations.  **The Defendants have not given me a direct answer to this question.**

4.      Fleck said to me on June 7, 2007, at approximately 12 noon, in our residence, referring to the residents at 9480 Bridgewater Circle, "They're just kids.  Their place is up for sale.  They'll be gone in a couple months.  They've got kids."  I replied, "So what?  It's against the rules and regulations."  His response was, "The next time this happens with them,  you come to me."  This was said while he was tapping on his chest with his hand.  He continued with, "What are you gonna'  do, sue us?"  I said, "Yes."  He continued with, "For what?"  I returned with, "Violation of my civil rights."  Fleck's face turned red, his breathing became irregular, he abruptly stood, and exited the front door of my residence.  As of the date of this filing, the same residents are in that same  location.

4.      Why am I being treated differently?  **The Defendants have not given me a direct answer to this question.**

**Claim II**:  **Breach of Contract**

**Supporting Facts**: I, as a resident of Sun Lakes at Bayside, have entered into an agreement with the HOA to pay a monthly fee for certain services rendered by the Defendants. I pay those fees.

1.      I was told that there are individuals within the community who monitor parking violations.  When asked who are these individuals, Lutz told me he cannot divulge that information.

A.      Why are these individuals not performing their duties?  **The Defendants have not given me a direct answer to this question.**

2.      What specifically am I paying for when I pay my monthly fees?  **The Defendants have not given me a direct answer to this question.**

3.     I was told Board Members are paid for their services rendered.  Is that still true? **The Defendants have not given me a direct answer to this question.**

A.     If Board Members are paid, how much and  how often are they paid, and what services do they render?  **The Defendants have not given me a direct answer to this question.**

**Claim III**: **Negligence**

**Supporting Facts**: The Defendants have been, and continue to be, negligent in fulfilling their contractual duties to me as a resident of Sun Lakes at Bayside.

1.     Various  Board Members (past and present, including  Fleck) live in the immediate area where the parking violation continues to occur.  They see, and have seen for years, the violation, by the Caucasian residents at 9480 Bridgewater Circle, Indianapolis, Indiana 46250, on a daily basis.  Why have they done nothing about it?  **The Defendants have not given me a direct answer to this question.**

2.     Various  Board Members (past  and present, including Fleck) live in the immediate area.  They see, and have seen for years,  several other violations committed by other residents living in the Sun Lakes at Bayside community.  Why have they done nothing about it?

### E. PREVIOUS LAWSUITS

Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same  facts involved in this action? ____Yes __X__ No.

8

## F. REQUEST FOR RELIEF

I request the following relief:

    1.      Discover why the Plaintiff is treated differently than other residents.

    2.      Receive a written verification from the Defendants acknowledging that they understand the HOA Rules & Regulations apply to all residents equally.

    3.      Discover the Defendants' checks and balances system to insure all residents are treated equally.

    4.      Discover why the Defendants chose not to answer the questions in certain electronic mail correspondence from the Plaintiff in connection with the violation.

    5.      Compensatory damages in the amount of US$ 6,000.00, plus interest, for the months the Defendants were paid for full and complete services rendered and said services were not fully and completely rendered.

    6.      A written apology from the Defendants addressed to Ivan and Susan Rogers.

    7.      Written assurance from the Defendants that neither I nor my wife will be treated differently than other residents.

    8.      Any and all assurances allowed by law that the Defendants', their agents, servants, heirs, assigns, representatives, employees, partners, shareholders, officers, directors, and/or attorneys will not commit any retaliatory action(s) against me or my wife.

    9.      Reimbursement for attorney's fees (if applicable) and the costs incurred from this action.

9

10.    Punitive damages in the amount of US$50,000.00 for **two (2) years' worth** of being:

      A.     Subjected to noneconomic losses and the collateral effects of the same;

      B.     Ostracized by certain residents of the community;

      C.     Prejudged within the community;

      D.     Publicly embarrassed within the community; and

      E.     Forced into the position of having to laboriously seek justice from the Defendants.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Plaintiff in the above action, that he has read the above Complaint and that the information contained in the Complaint is **true and correct**.

Executed at 9464 Bridgewater Circle, Indianapolis, Indiana 46250 on March 3, 2009.

Ivan Rogers
**Plaintiff's Original Signature**

I request the Court's assistance in serving process on the Defendants.  _X_ Yes.

Plaintiff demands a trial by jury.  _X_ Yes.