UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF INDIANA

| | |
|---|---|
| IVAN ROGERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUN LAKES AT BAYSIDE HOMEOWNERS )<br>ASSOCIATION, INC., NANCY FORBUSH, )<br>KIRKPATRICK MANAGEMENT COMPANY, )<br>INC., BOB LUTZ AND JOHN FLECK, )<br>)<br>Defendants. ) | No. 1:09-cv-277-WTL-TAB |

**CORPORATE DISCLOSURE STATEMENT**
**KIRKPATRICK MANAGEMENT COMPANY, INC.**

    Pursuant to Local Rule 7.2 Defendant, Kirkpatrick Management Company, Inc. by and through its undersigned attorneys, Thrasher Buschmann Griffith & Voelkel, P. C., hereby certify that Kirkpatrick Management Company, Inc. is not a publicly traded company and that it has no parent corporations.

THRASHER BUSCHMANN GRIFFITH & VOELKEL, P.C.

Date: March 30, 2009

By: s/ Stephen R. Buschmann
Stephen R. Buschmann Atty No. 3037-49
151 N. Delaware Street, Suite 1900
Indianapolis, IN 46204

Tel. (317) 686-4773
Fax: (317) 686-4777
Email: buschmann@indiana-attorneys.com

Attorneys for Defendants, Sun Lakes at Bayside Homeowners, Association, Inc., Nancy Forbush, Kirkpatrick Management Company, Inc. Bob Lutz, and John Fleck

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 30th day of March, 2009, he served the foregoing pleading by United States Mail, first class postage prepaid, on the persons listed below:

Ivan Rogers
9464 Bridgewater circle
Indianapolis, Indiana 46250

s/ Stephen R. Buschmann
Stephen R. Buschmann