UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IVAN ROGERS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>SUN LAKES AT BAYSIDE HOMEOWNERS )<br>   ASSOCIATION, INC., )<br>)<br>Defendants. ) | No. 1:09-cv-277-WTL-TAB |

**Entry Discussing Motion for More Definite Statement**

Defendants' motion for a more definite statement (dkt 15) is **denied**. A motion for a more definite statement is appropriate under Rule 12(e) of the *Federal Rules of Civil Procedure* when "a pleading to which a responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading." Plaintiff's complaint is not so vague that it cannot be answered. Defendants raise a number of concerns related to the complaint that can be addressed in their answer or through discovery. First, defendants assert that the paragraphs of the complaint are too long to respond to. Defendants should answer the statements of the complaint by identifying the paragraph or subject heading and, if necessary, the statement to which the defendant is responding. Defendants also point out that the complaint contains rhetorical questions and requests for information to which they can not respond appropriately. To the extent the complaint contains questions or requests for information, rather than declarative statements, these statements are more properly the subject of discovery requests and defendants may simply state that no response is necessary. Finally, defendants assert that they cannot ascertain from the complaint whether plaintiff is alleging conduct other than conduct contained in his complaint with the Indiana Civil Rights Commission. This concern is more appropriately addressed through a discovery request, not a motion for a more definite statement.

Accordingly, defendants are directed to **answer** plaintiff's complaint within **twenty (20)** days of the date of this Entry.

**IT IS SO ORDERED.**

Date: 08/06/2009

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Ivan Rogers
9464 Bridgewater Circle
Indianapolis, IN 46250

Stephen Richard Buschmann
THRASHER BUSCHMANN GRIFFITH VOELKEL
buschmann@indiana-attorneys.com