UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IVAN ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cv-00277-WTL-TAB |
| | ) | |
| SUN LAKES AT BAYSIDE HOMEOWNERS | ) | |
| ASSOCIATION, INC., NANCY FORBUSH, | ) | |
| KIRKPATRICK MANAGEMENT CO., INC., | ) | |
| BOB LUTZ, AND JOHN FLECK, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON NOVEMBER 20, 2009, SETTLEMENT CONFERENCE**

Plaintiff appeared in person, and Defendants appeared in person and by counsel

November 20, 2009, for a settlement conference.  Settlement discussions were held, and this case

is now settled.  Therefore, any pending motions are denied as moot, and all previously ordered

dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated.  Parties

shall file a stipulation of dismissal within 30 days.

Dated: 11/20/2009

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Stephen Richard Buschmann
THRASHER BUSCHMANN GRIFFITH VOELKEL
buschmann@indiana-attorneys.com

Ivan Rogers
9464 Bridgewater Circle
Indianapolis, IN 46250