UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IVAN ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:09-cv-277-WTL-TAB |
| | ) |
| SUN LAKES AT BAYSIDE HOMEOWNERS | ) |
| ASSOCIATION, INC., NANCY FORBUSH, | ) |
| KIRKPATRICK MANAGEMENT COMPANY, | ) |
| INC., BOB LUTZ AND JOHN FLECK, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Come now the parties, Ivan Rogers, Plaintiff, Pro Se, and Sun Lakes at Bayside Homeowners, Association, Inc., Nancy Forbush, Kirkpatrick Management Company, Inc. Bob Lutz, and John Fleck, Defendants, by their counsel, and stipulate to the dismissal of this cause with prejudice, costs paid.

Ivan Rogers
9464 Bridgewater, Circle
Indianapolis, IN 46250
Tel. (317) 466-2207
*Pro Se Plaintiff*

1

THRASHER BUSCHMANN GRIFFITH & VOELKEL, P.C.

Date: December   , 2009

By: s/ Stephen R. Buschmann
Stephen R. Buschmann Atty. No. 3037-49
151 N. Delaware Street, Suite 1900
Indianapolis, IN 46204
Tel. (317) 686-4773
Fax: (317) 686-4777
Email: buschmann@indiana-attorneys.com

Attorneys for Defendants, Sun Lakes at Bayside Homeowners, Association, Inc., Nancy Forbush, Kirkpatrick Management Company, Inc. Bob Lutz, and John Fleck